**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**                                                                                                                       6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE                                                                                                  GREENBELT, MARYLAND  20770
                                                                                                                                                                 301-344-0632

M E M O R A N D U M

TO:           Counsel of Record

FROM:     Judge Peter J. Messitte

RE:           <u>Wash. Metro. Area Transit Auth. v. Local 689, Amalgamated Transit Union</u>
               Civil Case No. 09-3030

DATE:      July 7, 2011

******

This Memorandum confirms the decisions made during the teleconference held on the record on July 6, 2011:

1. By close of business on Friday, July 8, 2011, counsel for the parties will file papers advising the Court as to whether they consent to the Court's *in camera* review of the private communications that took place between Neutral Chairman Richard R. Kasher and Union Representative Thomas R. Roth during the drafting of the Second Supplemental Opinion issued by the Board of Arbitration on March 25, 2011;
2. The Court will issue a letter to Chairman Kasher requesting copies of the arbitrator code of ethics and the opinion of the Court of Common Pleas of Philadelphia to which Chairman Kasher referred during the July 6 teleconference; and
3. Following review of the parties' filing(s) regarding *in camera* review and the materials to be provided by Chairman Kasher, the Court will determine what additional steps, if any, may be necessary to aid the Court in resolving the issues that remain outstanding in this case.


                                                                                          /s/
                                                                        PETER J. MESSITTE
                                                                  UNITED STATES DISTRICT JUDGE