UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**　　　　　　　　　　　　　　　　　　　　　　　6500 CHERRYWOOD LANE
**UNITED STATES DISTRICT JUDGE**　　　　　　　　　　　　　　　　　GREENBELT, MARYLAND  20770
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　301-344-0632

July 7, 2011

Richard R. Kasher, Esq.
858 Evergreen Way
Longboat Key, FL 34228

　　　　Re:　　*Wash. Metro. Area Transit Auth. v. Local 689, Amalgamated Transit Union*
　　　　　　　　Civil Case No. PJM 09-3030

Dear Mr. Kasher:

During the teleconference held on the record on July 6, 2011, you agreed to provide the Court with copies of certain documents—namely: (1) a code of ethics for interest arbitrators; and (2) an opinion of the Court of Common Pleas of Philadelphia addressing private communications between members of a panel of interest arbitrators.

If you forward copies of those documents to the Court as soon as possible, Chambers staff will formally file them as part of the official record in this case so that counsel in the case may also have access to them.

Thank you in advance for your assistance.

　　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　　　　　　　Peter J. Messitte

PJM:jjd

cc:　　Richard R. Kasher, Esq.
　　　　430 Clairemont Road
　　　　Villanova, PA 19085

　　　　Counsel of Record

　　　　Court File