**Richard R. Kasher, Esquire**
430 Clairemont Road
Villanova, Pennsylvania 19085-1706
610-525-0167

July 15, 2011

RECEIVED IN THE CHAMBERS OF
PETER J. MESSITTE

JUL 18 2011

UNITED STATES DISTRICT JUDGE

The Honorable Peter J. Messitte
United States District Judge
United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: U.S. District Court District of Maryland
No. 8:09-cv-3030-PJM
WMATA and ATU, Local 689
Interest Arbitration

Dear Judge Messitte:

Thank you for allowing me to participate in the Wednesday, July 6, 2011 conference call with the parties' counsel and their partisan arbitrators.

I was not aware of the pendency of this litigation alleging inappropriate ex parte communications between myself and Arbitrator Roth until I received Mr. Ames' transmittal of your June 30, 2011 Memorandum.

I have enclosed the National Academy of Arbitrators Code of Professional Responsibility for Arbitrators of Labor-Management Disputes.

I have also enclosed the May 20, 1993 decision in the case I referenced involving the City of Philadelphia and the Fraternal Order of Police, Lodge 5 decided by the Court of Common Pleas of Philadelphia County Motion Division. I only have available the slip opinion of this decision.

I understand the reasons why counsel for the Union in this case have taken the justifiable position that disclosing confidential discussions between interest arbitrators could damage the underlying purpose of the interest arbitration process.

However, I also understand why you are concerned regarding the nature of the communications between myself and Arbitrator Roth. Without breaching confidentiality, I can attest to the fact that Arbitrator Roth and I discussed nothing other than how we could comply with your Order to issue a Second Supplemental Award that would demonstrate that the majority of the Board relied upon specific evidence in the record.

I trust that you will find the above helpful.

Sincerely,

*Richard R. Kasher*

Richard R. Kasher

enc:
RRK/er