IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WASHINGTON METROPOLITAN** | \* | |
| **AREA TRANSIT AUTHORITY** | \* | |
| | \* | |
| Petitioner | \* | |
| | \* | |
| v. | \* | Civil No. **PJM 09-3030** |
| | \* | |
| **LOCAL 689, AMALGAMATED** | \* | |
| **TRANSIT UNION** | \* | |
| | \* | |
| Respondent | \* | |

**FINAL ORDER OF JUDGMENT**

Upon consideration of the Board of Arbitration's Second Supplemental Opinion [Paper No. 55], Petitioner's Second Renewed Motion for Summary Judgment and to Disqualify Board Members Kasher and Roth [Paper No. 57], Respondent's Renewed Motion for Summary Judgment and to Confirm Arbitration Award [Paper No. 58], and the respective Oppositions to the parties' renewed motions for summary judgment, it is, for the reasons stated in the accompanying Opinion, this 22nd day of July, 2011

    **ORDERED**

1. Petitioner's Second Renewed Motion for Summary Judgment and to Disqualify Board Members Kasher and Roth [Paper No. 57] is **DENIED**;

2. Respondent's Renewed Motion for Summary Judgment and to Confirm Arbitration Award [Paper No. 58] is **GRANTED**;

3. Those provisions of the Board of Arbitration's Interest Arbitration Opinion and Award not previously confirmed by the Court are **CONFIRMED**; and

4. The Clerk of the Court is directed to **CLOSE** this case and its companion case, Civil No. **PJM 09-2966**.


                                                                                      /s/
                         **PETER J. MESSITTE**
                   **UNITED STATES DISTRICT JUDGE**